IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Martin Lopez; et ux.,<br><br>  Plaintiff,<br><br>vs.<br><br>United States of America, et al.,<br><br>  Defendants. | No. CV 14-1795-TUC-CKJ (LAB)<br><br>**ORDER** |

Plaintiff filed a Complaint alleging that he was negligently, wrongfully, and tortiously arrested, detained, and deported to Mexico. (Doc. 1.)  The Government filed a Motion to Dismiss for lack of jurisdiction or in the alternative for failure to state a claim. (Doc. 15.)  On November 20, 2014, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation in which she recommended that the Motion be granted to the extent that Plaintiff's Complaint should be dismissed with leave to amend. (Doc. 31.)  The Report and Recommendation notified the parties that they had fourteen days to file any objections.   No objections have been filed.

The Court has reviewed and considered the Complaint, the Motion to Dismiss, the response, the reply, and the Report and Recommendation.

Accordingly, after an independent review, IT IS ORDERED:

1. The Report and Recommendation (Doc. 31) is ADOPTED;

2. The Motion to Dismiss (Doc. 15) is GRANTED to the extent that the Complaint is dismissed with leave to amend.  Plaintiff shall file and amended complaint

1 within 30 days. Failure to file an amended complaint within 30 days will result in dismissal
2 of the action without further notice.
3
   Dated this 22nd day of January, 2015.
4
5
6
7                                       _____
                                        Cindy K. Jorgenson
8                                       United States District Judge